**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  
    John F Feehery  
    Valerie Feehery  
         Debtor(s)

Case No. 12-29060

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/23/2012.

2) The plan was confirmed on 11/26/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/27/2013.

5) The case was converted on 04/23/2013.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $28,000.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $800.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$800.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $768.80 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $31.20 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$800.00** |

Attorney fees paid and disclosed by debtor:     $1,025.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANTAGE ASSETS II | Unsecured | NA | 451.84 | 451.84 | 0.00 | 0.00 |
| ALVI MEDICAL SERVICES | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 4,171.76 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 3,372.93 | 3,949.98 | 3,949.98 | 0.00 | 0.00 |
| ASSOCIATE PATHOLOGIST OF JOLIET | Unsecured | 579.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RADIOLOGISTS JOLIET | Unsecured | 1,299.60 | NA | NA | 0.00 | 0.00 |
| AT&T INC | Unsecured | 340.45 | 391.30 | 391.30 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 4,677.72 | 4,677.72 | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 2,505.40 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 956.69 | 1,367.74 | 1,367.74 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 568.63 | 1,287.48 | 1,287.48 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 667.00 | 220.68 | 220.68 | 0.00 | 0.00 |
| EM STRATEGIES LTD | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| FAMILY HEALTH CENTER | Unsecured | 174.30 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 23.54 | NA | NA | 0.00 | 0.00 |
| HEART CARE CENTER OF ILLINOIS | Unsecured | 815.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 200.00 | 1,464.36 | 1,464.36 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 186.48 | 186.48 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,951.24 | 1,951.24 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,000.00 | 6,133.38 | 6,133.38 | 0.00 | 0.00 |
| JOSE VILLARREAL MD | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Secured | 49,053.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KEITH SHINDLER | Unsecured | 3,288.05 | NA | NA | 0.00 | 0.00 |
| KURTZ AMBULANCE SERVICE | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| LINDIA LLC | Unsecured | 1,586.86 | 1,586.86 | 1,586.86 | 0.00 | 0.00 |
| LTD FINANCIAL | Unsecured | 2,439.32 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 3,004.79 | 1,062.36 | 1,062.36 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 4,363.27 | 4,622.64 | 4,622.64 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 4,410.18 | 1,602.95 | 1,602.95 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 0.00 | 1,803.28 | 1,803.28 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDLAND FUNDING LLC | Unsecured | 0.00 | 3,332.84 | 3,332.84 | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 18,822.14 | NA | NA | 0.00 | 0.00 |
| NEW LENOX FIRE DEPT | Unsecured | 920.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY LAB CONSULTANTS | Unsecured | 749.75 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK | Secured | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 3,761.29 | 4,183.95 | 4,183.95 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,827.35 | 736.81 | 736.81 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 1,987.48 | 1,987.48 | 0.00 | 0.00 |
| PRAIRIE EMERGENCY SERVICE | Unsecured | 672.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 28,943.68 | NA | NA | 0.00 | 0.00 |
| TRUSTMARK RECOVERY SRV | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL INC | Unsecured | 1,154.57 | NA | NA | 0.00 | 0.00 |
| WEST BEND MUTUAL INS CO | Unsecured | 1,993.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,500.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,500.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,597.74 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$7,597.74** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$35,403.63** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $800.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$800.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/29/2013                By: /s/ Glenn Stearns
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**